**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALAN D. JACOBSON, <br><br> *Plaintiff*, <br><br> v. <br><br> RICHARD M. BURR, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:20-cv-00799-TNM |

**NOTICE OF DISMISSAL**

In consideration of the effect that this lawsuit may have on any pending criminal or civil investigation into Defendant Richard M. Burr's conduct by the U.S. Department of Justice and the U.S. Securities and Exchange Commission, as well as the effect those investigations will have on the discovery process in this action, Plaintiff Alan D. Jacobson has elected not to proceed further with this lawsuit at this time.

Plaintiff hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  May 1, 2020

/s/ ERIC M. GEORGE

ERIC M. GEORGE (D.C. BAR. NO. 992046)
THOMAS P. O'BRIEN (*PRO HAC VICE*)
BROWNE GEORGE ROSS LLP
2121 AVENUE OF THE STARS, SUITE 2800
LOS ANGELES, CALIFORNIA 90067
PHONE: (310) 274-7100
FAX: (310) 275-5697
EMAIL:  EGEORGE@BGRFIRM.COM